# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER FELPS

NO. 2020 KW 1216

**JANUARY 14, 2021**

---

In Re:     State of Louisiana, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, Nos. 20-WMSD-211/ 212/ 213/ 214/ 215/ 216/ 217/ 218.

---

**BEFORE:     McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT